**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

May 27, 2011

Clerk - Bankruptcy Court
100 South Clinton St. Rm 315
PO Box 7008
Syracuse, NY 13261

RE:   06-31532 Colvin

Dear Clerk:

Enclosed please find check #828128 in the amount of $200.00. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

Claim No. 999

| Acct# | Name | Joseph Colvin |
|---|---|---|
| | Address | 306 E Hill Rd. |
| | Address | Middleburgh, NY 12122 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.

**FILED**
MAY 31 2011
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY